U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 AUG 14 PM 1:15

CLERK

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**EDWARD JAMES PORTER,**

Defendant.

**CRIMINAL COMPLAINT**

**Case Number:** 26-MJ-52-ABJ

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about July 31, 2026, in the District of Wyoming, the Defendant, **EDWARD JAMES PORTER**, knowingly and willfully did transmit in interstate and foreign commerce from Berwyn, State of Illinois, to the State of Wyoming, a communication by telephone to Victim 1, and the communication contained a threat to kill Victim 1, specifically, that he was coming to kill Victim 1 and Victim 1's family.

In violation of 18 U.S.C. § 875(c).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts: ***(See attached Sworn Statement)***

Continued on the attached sheet and made a part hereof.

Tory Smith
Signature of Complainant
TORY SMITH

Sworn to before me and subscribed in my presence,

August 14, 2026 at 10:02 a.m. at Cheyenne, WY
Date — City and State

HON. SCOTT P. KLOSTERMAN
United States Magistrate Judge
Title of Judicial Officer

Scott P. Klosterman
Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

**SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT**
**SPECIAL AGENT TORY SMITH**
**U.S. v. EDWARD JAMES PORTER**

I, Tory Smith, being duly sworn, hereby depose and states as follows:

1. I have been employed as a Special Agent ("SA") of the Federal Bureau of Investigations ("FBI") since January 2010 and am currently assigned to the Denver Division, Cheyenne Residence Agency. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, child pornography, financial fraud cases, and health care fraud cases. I have gained experience through training at FBI Academy and everyday work relating to conducting these types of investigations. I am also part of the FBI Adjunct Faculty Program and support the FBI Cyber Field Instruction Program by providing training to law enforcement and law enforcement support personnel regarding cyber matters, to include digital forensics and cyber investigative skills. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 875.

2. On July 31, 2026, EDWARD JAMES PORTER placed a telephonic call to Victim 1 (V-1) in a state investigation for the state of Mississippi. At approximately 5:38 AM MDT, V-1 received a phone call that woke him up. V-1 was currently in Laramie, Wyoming. When V-1 answered the phone, the caller asked, "Is this" V-1. V-1 responded and the caller stated he was coming to kill V-1, V-1's family, and that he had V-1's address. V-1 responded to the caller and then hung up. The caller had utilized a telephone number with area code 228.

3. At approximately 5:42 AM MDT the same telephone number beginning with area code 228 called V-1, but V-1 did not answer the call.

4. At approximately 5:43 AM MDT the same telephone number beginning with area code 228 sent a text message to V-1. The message was V-1's residential address of V-1's parents.

5. At approximately 5:53 a.m., V-1 received a telephone call from the same telephone

number beginning with area code 228 and the caller stated he wanted to kill V-1 and could not wait to kill V-1.

6. At approximately 7:35 a.m., V-1 received a telephone call from the same telephone number beginning with area code 228 and the caller stated he was outside. V-1 then contacted the local police for V-1's parents' residence and requested police check the residence for someone outside the residence.

7. On July 31, 2026, an emergency disclosure request (EDR) was served to Pinger in reference to TextFree telephone number beginning with area code 228. Pinger's response provided two (2) IP Addresses, Apple push token, and a Google email address. The Pinger account was created on July 31, 2026.

8. On July 31, 2026, an EDR was served to Comcast in regard to one of the IP Addresses. Comcast advised the IP Address were assigned to EDWARD PORTER, a phone number beginning with area code 773, and an address in Berwyn, Illinois 60402.

9. On July 31, 2026, an EDR was served to Boost Mobile via Subsentio Inc. for Boost Mobile telephone number beginning with area code 773. Subsentio provided the subscriber for the telephone number as: EDWARD PORTER, at an address in Maywood, Illinois 60153.

10. On July 31, 2026, an EDR was served to Apple in regard to the push token. Apple provided the following subscriber information: Edward Porter, at an address in Maywood, Illinois.

11. On July 31, 2026, an EDR was served to AT&T in reference to Boost Mobile telephone number beginning in area code 773. AT&T provided investigators with cellular data. Analysis of the cellular device's cell site history at the time of the Pinger account creation places the device in the area of PORTER's residence in Berwyn, Illinois 60402.

12. One of V-1's parents, Victim 2 (V-2), was also contacted by PORTER. PORTER called V-2 and told V-2 he was going to kill V-2, everyone in the home, and any cops. PORTER further stated to V-2, he was going to cut up V-2 and put V-2 into a suitcase. The aforementioned

telephone calls threatening V-1, V-2, and their family originated from PORTER in violation of Title 18 U.S.C. 875.

**END OF SWORN STATEMENT**

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | **EDWARD JAMES PORTER** |
| **DATE:** | August 13, 2026 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **18 U.S.C. § 875(c)**<br>(Interstate Communications with a Threat to Kidnap or Injure)<br><br>0-5 Years Imprisonment<br>Nmt $250,000 Fine<br>Nmt 3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Tory Smith, FBI |
| **AUSA:** | Jesse Naiman, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |