IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 SEP 16 PM 1:05
MARGARET BOTKINS, CLERK
CHEYENNE

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**EDWARD JAMES PORTER,**

Defendant.

**No.** 26-CR-101-J

**Ct 1:** **18 U.S.C. § 875(c)**
(Interstate Communications with a Threat to Injure)

**Ct 2:** **18 U.S.C. § 875(c)**
(Interstate Communications with a Threat to Injure)

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about July 31, 2026, in the District of Wyoming and elsewhere, the Defendant, **EDWARD JAMES PORTER**, did knowingly and willfully transmit in interstate commerce from the State of Illinois to the State of Wyoming, a communication via telephone to Victim 1, and the communication contained a threat to injure Victim 1, specifically a threat to kill Victim 1 and Victim 1's family, made at approximately 5:38 a.m. mountain standard time.

In violation of 18 U.S.C. § 875(c).

### COUNT TWO

On or about July 31, 2026, in the District of Wyoming and elsewhere, the Defendant, **EDWARD JAMES PORTER**, did knowingly and willfully transmit in interstate commerce from the State of Illinois to the State of Wyoming, a communication via telephone to Victim 1, and the

communication contained a threat to injure Victim 1, specifically a threat to kill Victim 1, made at approximately 5:53 a.m. mountain standard time.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL:

*/s/ Ink Signature on File in the Clerk's Office*
FOREPERSON

for

DARIN D. SMITH
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** **EDWARD JAMES PORTER**

**DATE:** September 15, 2026

**INTERPRETER NEEDED:** No

**VICTIM(S):** Yes

**OFFENSE/PENALTIES:**

**Cts: 1&2** **18 U.S.C. § 875(c)**
(Interstate Communications with a Threat to Kidnap or Injure)

0-5 Years Imprisonment
Up To $250,000 Fine
Up To 3 Years Supervised Release
$100 Special Assessment

**TOTALS:**
0-10 Years Imprisonment
Up To $500,000 Fine
Up To 3 Years Supervised Release
$200 Special Assessment

**AGENT:** Tory Smith, FBI

**AUSA:** Jesse Naiman, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** No